UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Barry Mark Schwartz, | Case No. 12-66764 |
| Debtor. | Hon. Phillip J. Shefferly |
| _____/ | |
| Daniel M. McDermott, United States Trustee, | Adversary Proceeding No. 13-4622-PJS |
| Plaintiff, | |
| v. | |
| Barry Mark Schwartz, | |
| Defendant. | |
| _____/ | |

### ORDER DENYING CHAPTER 7 DISCHARGE

On March 3, 2015, the Court issued an Opinion Denying Chapter 7 Discharge ("Opinion") (ECF No. 78). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Debtor's discharge is denied under § 727(a)(2)(A) and § 727(a)(4)(A) of the Bankruptcy Code.

.

**Signed on March 04, 2015**

                                                      **/s/ Phillip J. Shefferly**
                                                    **Phillip J. Shefferly**
                                                    **United States Bankruptcy Judge**